FILED
CLERK, U.S. DISTRICT COURT
FEB 26 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ✓
Send ✓
Enter ✓
Closed ✓
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| WILLIAM RATCLIFF, | No. ED CV 08-00200-VAP (VBK) |
|     Petitioner, | JUDGMENT |
|     v. | |
| T. FELKER, WARDEN, | |
|     Respondent. | |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

**IT IS ADJUDGED** that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing §2254 Cases in the United States District Courts.

DATED: February 20, 2008

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE